UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



Adv. Pro. No. 08-01789 (BRL)
SIPA LIQUIDATION (Substantively Consolidated)

SECURITIES INVESTOR PROTECTION CORPORATION

              Plaintiff-Applicant

-v-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC

              Defendant

In re:

BERNARD L. MADOFF

              Debtor

Adv. Pro. No. 10-04330 (BRL)

IRVING H. PICARD, Trustee for the Liquidation of Bernard L Madoff Investment Securities LLC

              Plaintiff

-v-

SQUARE ONE FUND LTD
et al.

              Defendant

---

### AFFIDAVIT OF SERVICE – SQUARE ASSET MANAGEMENT LTD

---

**I, GREG NICOLAS DeANGELO LEACOCK** of Todman's Peak, Tortola, in the British Virgin Islands ("BVI") **make oath and state as follows:**

1. I am employed by the law firm of SCA Creque of Mandar House, Johnson's Ghut, PO Box 2344, Road Town, Tortola VG1110, BVI. I am authorised to make this affidavit.

2. On 1 April 2011 at about [1:45] pm, I did serve copies of the following documents:

   - Summons and Notice of Pre-Trial Conference in an Adversary Proceeding (24 March 2011);
   - Complaint and Exhibits (29 November 2010);
   - Order Extending Time for Proper Service of a Summons and the Time for Defendants to Serve an Answer under Rules 7004(E) and 7012(A) of the Federal Rules of Bankruptcy Procedure (10 March 2011)

   by leaving the said copies at the registered office of Square One Fund Ltd and with the registered agent of Square Asset Management Ltd, Circle Trust Services (BVI) Limited, at Rodus Building, 4th Floor, Road Town, Tortola VG1110, BVI.

3. The documents were received and signed for by [ MONIQUE COVA ] in person G.I
and who accepted the documents upon Square Asset Management Ltd's behalf.

4. I make this affidavit truthfully and voluntarily.

SWORN on 1st April 2011 )
at Road Town, Tortola, BVI )
Before me: )

..................................................
A Commissioner for Oaths
Road Town, Tortola, BVI

*[Seal: DINAH GERALDINE GEORGE — A COMMISSIONER FOR OATHS — BRITISH VIRGIN ISLANDS]*