

**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK  )
                   )
                   )  ss
                   )
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Dutch into English of the attached notification.

_[signature]_
Evan Finch, Senior Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me

this 22nd day of April, 20 11.

_[signature]_

JEFFREY AARON CURETON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CU6169789
Qualified in Queens County
My Commission Expires July 02, 2011

New York 259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel +1.212.631.7432 fax +1.212.631.7778
San Francisco 220 Montgomery Street Ste. 438, San Francisco CA 94104 U.S.A tel +1.415.576.9500 fax +1.415.520.0525
Washington 1025 Connecticut Avenue, Suite 1000, Washington, DC 20036, U.S.A. Tel +1.202.828.1267 Fax +1.202.828.1271
London 8-11 St. John's Lane, London EC1M 4BF, United Kingdom Tel +44.20.7553.4100 Fax+44.20.7990.9909
Paris 75 Boulevard Haussmann, F- 75008 Paris, France tel +33.1.42.68.51.47 fax +33.1.77.72.90.25
Hong Kong 20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com | www.geotext.com

# TeekensKarstens
## Attorneys at Law and Notaries

**by courier**
Baker & Hostetler LLP
Attn.: Ms. C. Montani
45 Rockefeller Plaza
NEW YORK, New York 10111
USA

| | |
|---|---|
| Contact | **Ms. M. Hartman, attorney at law** |
| Direct Dial | +31 (0)71 5358016 (secretary) |
| Fax | +31 (0)71 5358001 |
| E-mail | hartman@tk.nl |
| Re | Baker & Hostetler LLP/Madoff serving of writ, 2011.20944 CvO/SM 11-00617463 |
| Your reference | --- |
| Leiden, | 12 April 2011 |

Dear Ms. Montani,

Please find enclosed the notification ("proces-verbaal van betekening") which I have received today from our process server GGN Van Mastrigt & Partners in the above matter.

I expect to have informed you sufficiently.

Sincerely,

M. Hartman

# GGN UTRECHT
Collection & Process Servers

G  N  mastering credit

[illegible handwriting]

dossiernummer L0164545 ALGLD

This case is being handled by TeekensKarstens, Attorneys at Law and Notaries. You may address correspondence directly to TeekensKarstens Attorneys at Law and Notaries: Postbus 1144, 2302 BC LEIDEN, tel. 071-5358000, citing reference no. 2010.18831.

**Process servers**
J. Ullrich
F.A. Th. Vrauwdeunt

**Junior process servers**
M.J. Doornbos, MR
Ms. Ch. van Kippersluis
H.H. de Boer
M.C. Weening
G.J. Baijens

**Lawyer**
Ms. F. Folkers, MR

**Mailing address**
Postbus 1218
3500 BE Utrecht

**Office address**
Europalaan 500
3526 KS Utrecht

**Office hours**
Mon-Fri 8:30 a.m. - 5:00 p.m.

t  030 280 79 00
f  030 234 29 57
e  info@utrecht.ggn.nl
w  www.ggn.nl

**Third-party account**
Rabobank: 16 21 45 071
IBAN: NL21RABO0162145071
Swift: RABONL2U
ABN-AMRO: 47 94 84 619
IBAN: NL02ABNA0479484619
Swift: ABNANL2A

GGN Utrecht
is a trade name
of GGN Zuid-West
en Midden Nederland B.V.

C.o.C. no.: 24456598
VAT no.: NL 8205.75.380.B.01

GWK Travelex

Cash payments may be made through GWK Travelex

[seal:] [illegible]

General Terms and Conditions for GGN Holding NV under no. 17240971 C.o.C. of Eindhoven

GGN has branches throughout the Netherlands

On this, the fifth day of April, two thousand eleven;
at the request of **IRVING HARRY PICARD**, with offices in New York, United States of America, at the address 45 Rockefeller Plaza, in his capacity of Trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, for this purpose electing domicile in Leiden at Vondellaan 51 at the office of attorney at law M. Hartmann, LL M;

[stamp:]
I, Ignatius Caspar Silvester Feringa, as assigned junior process server in the office of Franciscus Antonius Theodorus Vrauwdeunt, process server in Utrecht, with offices in that city at Europalaan 500;

## HAVE SERVED ON:

The close corporation **Circle Holding Netherland B.V.**, with registered office in Amsterdam and with principal place of business in (3811 NA) Amersfoort at Utrechtseweg 31 d, where I delivered my writ and left a copy of this document, as well as the documents indicated below in duplicate, at:

the aforesaid address, in a sealed envelope, bearing the information prescribed by law, because I did not find any person there with whom a copy could be left in a legally valid manner;

## THE FOLLOWING:

1. a "summons and notice of petrial [sic] conference in an adversary proceeding" dated March 24, 2011 with the Dutch translation thereof: *"een dagvaarding en kennisgeving van aan het geding voorafgaande conferentie in een contradictoir geding,"*

# GGN UTRECHT
Collection & Process Servers

G N mastering credit

**Process servers**
J. Ullrich
F.A. Th. Vrauwdeunt

**Junior
process servers**
M.J. Doornbos, MR
Ms. Ch. van Kippersluis
H.H. de Boer
M.C. Weening
G.J. Baijens

**Lawyer**
Ms. F. Folkers, MR

**Mailing address**
Postbus 1218
3500 BE Utrecht

**Office address**
Europalaan 500
3526 KS Utrecht

**Office hours**
Mon-Fri 8:30 am - 5:00 pm

t 030 280 79 00
f 030 234 29 57
e info@utrecht.ggn.nl
w www.ggn.nl

**Third-party account**
Rabobank: 16 21 45 071
IBAN: NL21RABO0162145071
Swift: RABONL2U
ABN-AMRO: 47 94 84 619
IBAN: NL02ABNA0479484619
Swift: ABNANL2A

GGN Utrecht
is a trade name
of GGN Zuid-West
en Midden Nederland B.V.

C.o.C. no.: 24456598
VAT no.: NL 8205.75.380.B.01

GWK Travelex

Cash payments may be made
through GWK Travelex

[illegible seal]

General Terms and Conditions for
GGN Holding NV under
no. 17240971 C.o.C. of Eindhoven

**GGN has branches throughout
the Netherlands**

2. an "order extending the time for proper service of a summons and the time for defendants to serve an answer under rule 7004(E) and 7012(A) of the Federal Rules of Bankruptcy procedure" dated March 10, 2011, with the Dutch translation thereof: "een bevel tot verlenging van de termijn voor betekening van dagvaarding en de termijn voor betekening van een antwoord door gedaagden krachtens rule 7004(E) en 7012(A) van de Federal Rules of Bankruptcy Procedure,"

3. a "complaint with exhibits" dated November 29, 2010 with the Dutch translation thereof: "een contradictoir geding nr. 08-01789 (BRL) SIPA Liquidatie" ("an adversary proceeding no. 08-01789 (BRL) SIPA Liquidation.""

Costs hereof:

| | | |
|---|---|---|
| Writ | € | 73.45 |
| VAT | € | 13.96 |
| Total | € | 87.41 |

Pursuant to the 1968 Sales Tax Act, the petitioner cannot settle the sales tax charged to him; therefore the undersigned declares that said costs have been increased by a percentage equal to the percentage named in the aforesaid law.

[signature]



**TeekensKarstens**
advocatennotarissen

**by courier**
Baker & Hostetler LLP
Attn.: Ms. C.Montani
45 Rockefeller Plaza
NEW YORK, New York 10111
USA

| | |
|---|---|
| Contact | **Ms. M. Hartman, attorney at law** |
| Direct Dial | +31 (0)71 5358016 (secretary) |
| Fax | +31 (0)71 5358001 |
| E-mail | hartman@tk.nl |
| Re | Baker & Hostetler LLP/Madoff serving of writ, 2011.20944  CvO/SM 11-00617463 |
| Your reference | --- |
| Leiden, | 12 April 2011 |

Dear Ms. Montani,

Please find enclosed the notification ("proces-verbaal van betekening") which I have received today from our process server GGN Van Mastrigt & Partners in the above matter.

I expect to have informed you sufficiently.

Sincerely,

M. Hartman

# GGN UTRECHT
incasso & gerechtsdeurwaarders

7 30341





dossiernummer L0164545 ALGLD

> Deze zaak wordt behandeld door TeekensKarstens Advocaten Notarissen.
> correspondentie kunt u rechtstreeks richten aan TeekensKarstens Advocaten
> Notarisse: Postbus 1144 te 2302 BC LEIDEN, telefoon 071-5358000, zulks onder
> vermelding van referentie 2010.18831.

**Gerechtsdeurwaarders**
J. Ullrich
F.A. Th. Vrauwdeunt

**Kandidaat Gerechtsdeurwaarders**
mr. M.J. Doornbos
Mevr. Ch. van Kippersluis
H.H. de Boer
M.C. Weening
G.J. Baijens

**Jurist**
Mevr. mr. F. Folkers

**Postadres**
Postbus 1218
3500 BE Utrecht

**Kantooradres**
Europalaan 500
3526 KS Utrecht

**Kantooruren**
ma-vrij 08.30 - 17.00 uur

t 030 280 79 00
f 030 234 29 57
e info@utrecht.ggn.nl
w www.ggn.nl

**Derdenrekening**
Rabobank: 16 21 45 071
IBAN: NL21RABO0162145071
Swift: RABONL2U
ABN-AMRO: 47 94 84 619
IBAN: NL02ABNA0479484619
Swift: ABNANL2A

GGN Utrecht
is een handelsnaam
van GGN Zuid-West
en Midden Nederland B.V.

K.v.K.-nr.: 24456598
BTW-nr.: NL 8205.75.380.B.01


Contante betaling is mogelijk
bij GWK Travelex

Algemene Voorwaarden
GGN Holding NV onder
nr. 17240971 KvK te Eindhoven

**GGN heeft vestigingen
in heel Nederland**

Heden, de vijfde april tweeduizendelf;
ten verzoeke van **IRVING HARRY PICARD**, kantoorhoudende te New York, Verenigde Staten van Amerika aan het adres 45 Rockefeller Plaza, in zijn hoedanigheid van Trustee voor de liquidatie van Bernard L. Madoff Investment Securities LLC, te dezer zake domicilie kiezende te Leiden aan de Vondellaan 51 ten kantore van advocaat mr. M. Hartman;

heb ik, Ignatius Caspar Silvester Feringa, als toegevoegd-kandidaat-gerechtsdeurwaarder werkzaam ten kantore van Franciscus Antonius Theodorus Vrauwdeunt, gerechtsdeurwaarder te Utrecht, kantoorhoudende aldaar aan de Europalaan 500;

## AAN:

De besloten vennootschap **Circle Holding Netherland B.V.**, gevestigd te Amsterdam en kantoorhoudende te (3811 NA) Amersfoort aan de Utrechtseweg 31 d, aldaar mijn exploot doende en afschrift dezes, alsmede van na te melden stukken in tweevoud, latende aan:

voormeld adres in gesloten envelop met daarop de vermeldingen als wettelijk voorgeschreven, omdat ik aldaar niemand aantrof aan wie rechtsgeldig afschrift kon worden achtergelaten;

## BETEKEND:

1. een "summons and notice of petrial conference in an adversary proceeding" d.d. 24 maart 2011 met de Nederlandse vertaling: "een dagvaarding en kennisgeving van aan het geding voorafgaande conferentie in een contradictoir geding",

# GGN UTRECHT
incasso & gerechtsdeurwaarders

 mastering credit

2. een "order extending the time for proper service of an summons and the time for defendants to serve an answer under rule 7004(E) and 7012(A) of the Federal Rules of Bankruptcy procedure" d.d. 10 maart 2011, met de Nederlandse vertaling: "een bevel tot verlenging van de termijn voor betekening van dagvaarding en de termijn voor betekening van een antwoord door gedaagden krachtens rule 7004(E) en 7012(A) van de Federal Rules of Bankruptcy Procedure,"

3. een "complaint with exhibits' d.d. 29 november 2010 met de Nederlandse vertaling: "een contradictoir geding nr. 08-01789 (BRL) SIPA Liquidatie".

Kosten dezes:

| | | |
|---|---|---|
| Exploot | € | 73,45 |
| Btw | € | 13,96 |
| Totaal | € | 87,41 |

Rekwirant kan op grond van de Wet Omzetbelasting 1968 de hem in rekening gebrachte omzetbelasting niet verrekenen, derhalve verklaart ondergetekende opgemelde kosten te hebben verhoogd met een percentage gelijk aan het percentage genoemd in bovengenoemde wet.

**Gerechtsdeurwaarders**
J. Ullrich
F.A. Th. Vrauwdeunt

**Kandidaat Gerechtsdeurwaarders**
mr. M.J. Doornbos
Mevr. Ch. van Kippersluis
H.H. de Boer
M.C. Weening
G.J. Baijens

**Jurist**
Mevr. mr. F. Folkers

**Postadres**
Postbus 1218
3500 BE Utrecht

**Kantooradres**
Europalaan 500
3526 KS Utrecht

**Kantooruren**
ma-vrij 08.30 - 17.00 uur

t 030 280 79 00
f 030 234 29 57
e info@utrecht.ggn.nl
w www.ggn.nl

**Derdenrekening**
Rabobank: 16 21 45 071
IBAN: NL21RABO0162145071
Swift: RABONL2U
ABN-AMRO: 47 94 84 619
IBAN: NL02ABNA0479484619
Swift: ABNANL2A

GGN Utrecht
is een handelsnaam
van GGN Zuid-West
en Midden Nederland B.V.

K.v.K.-nr.: 24456598
BTW-nr.: NL 8205.75.380.B.01

GWK Travelex
Contante betaling is mogelijk
bij GWK Travelex



Algemene Voorwaarden
GGN Holding NV onder
nr. 17240971 KvK te Eindhoven

**GGN heeft vestigingen
in heel Nederland**